CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

STEVEN A. ELIA (SBN: 217200)
steve@elialaw.com
JAMES JOSEPH (SBN: 309883)
james@elialaw.com
LAW OFFICES OF STEVEN A. ELIA, APC
2221 Camino Del Rio South, Suite 207
San Diego, California 92108
Telephone: (619) 444-2244
Facsimile: (619) 440-2233
Attorneys for Defendants
Khanh Nguyen, Hadramout Restaurant, LLC and Thanh Bui

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>          Plaintiff,<br><br>     v.<br><br>KHANH NGUYEN;<br>THANH BUI;<br>HADRAMOUT RESTAURANT, LLC, a<br>California Corporation; and Does 1-10,<br><br>          Defendants. | Case No.: 3:18-CV-00150-BEN-BGS<br><br>**JOINT NOTICE OF SETTLEMENT** |

1   The Parties hereby jointly notify the court that a global settlement has been
2   reached in the above-captioned case and the parties would like to avoid any additional
3   expense, and further the interests of judicial economy.

4   All Parties, therefore, apply to this Honorable Court to vacate all currently set
5   dates with the expectation that the Joint Motion for Dismissal with prejudice as to all
6   parties will be filed within 60 days. The Parties further request that the Court schedule a
7   Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and
8   through their attorneys of record shall show cause why this case has not been
9   dismissed.

10

11  Dated:  May 25, 2018          CENTER FOR DISABILITY ACCESS

12
                                 By: ___/s/ Phyl Grace_____
13                                   Phyl Grace
                                     Attorneys for Plaintiff
14

15  Dated:  May 25, 2018          LAW OFFICES OF STEVEN A. ELIA, APC

16
                                 By: ___/s/ James Joseph_____
17                                   Steven A. Elia
                                     James Joseph
18                                   Attorneys for Defendants
                                     Khanh Nguyen, Hadramout Restaurant,
19                                   LLC and Thanh Bui

20

21

22

23

24

25

26

27

28

## __SIGNATURE CERTIFICATION__

I hereby certify that the content of this document is acceptable to James Joseph, counsel for Khanh Nguyen, Hadramout Restaurant, LLC and Thanh Bui, and that I have obtained Mr. Joseph's authorization to affix his electronic signature to this document.

Dated:  May 25, 2018                    CENTER FOR DISABILITY ACCESS

                                        By:  ___/s/ Phyl Grace_____
                                             Phyl Grace
                                             Attorney for Plaintiff