# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, <br><br> Plaintiff, <br><br> v. <br><br> KHANH NGUYEN; THANH BUI; HADRAMOUT RESTAURANT, LLC, a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 3:18-CV-00150-DMS-BGS <br><br> **ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 27, 2018

_____
Hon. Dana M. Sabraw
United States District Judge